IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                   CASE NO. 4:16cv50-RH/CAS

CITY OF TALLAHASSEE,
DAVID COLLINS et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST THE DEFENDANT COLLINS

    This case is before the court on the report and recommendation, ECF No. 42, and the objections, ECF No. 46. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

    2. The plaintiff's motion for assistance, ECF No. 40, is denied.

3. The claims against the defendant David Collins are dismissed with prejudice.

4. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 21, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge