# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                              CASE NO. 4:16cv50-RH/GRJ

CITY OF TALLAHASSEE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 62, the objections, ECF No. 64, and the plaintiff's additional memorandum addressing some of the same issues, ECF No. 70. I have reviewed de novo the issues raised by the objections.

The recommendation is for dismissal of the plaintiff's claims and for imposition of sanctions. The plaintiff has filed a series of unfounded lawsuits asserting essentially the same claims. The plaintiff refuses to take no for an answer despite having lost not only in two different district courts but on appeal. The

report and recommendation correctly concludes that this case should be dismissed and that sanctions should be entered.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)."

3. The clerk must close the file.

4. The clerk must not open any new case initiated by the plaintiff arising from his January 4, 2002 arrest, his October 25, 2002 arrest, or his May 8, 2003 revocation of probation, unless the plaintiff simultaneously pays the entire filing fee.

5. The emergency motion for an injunction, ECF No. 68, is denied.

6. The report and recommendation addressing the motion for an injunction, ECF No. 69, is vacated as moot.

SO ORDERED on May 23, 2017.

                                              s/Robert L. Hinkle
                                              United States District Judge